# MEMORANDUM DECISIONS.

[Criminal No. 46.]

TERRITORY OF ARIZONA, Respondent, v. FRANCISCO BACA, Appellant.

APPEAL from the District Court of the Third Judicial District in and for the County of Apache.

Sumner Howard, Herndon & Hawkins, and E. M. Sanford, for Appellant.

T. W. Johnson, and Harris Baldwin, for Respondent.

January 13, 1890.  Dismissed.

---

[Criminal No. 58.]

UNITED STATES OF AMERICA, Respondent, v. LITTLE BOB, a Wallapai Indian, Appellant.

APPEAL from the District Court of the Third Judicial District.

E. Burgess, and E. M. Sanford, for Appellant.

H. R. Jeffords, United States District Attorney, for the United States.

January 13, 1890.  Dismissed.

---

Ex Parte: In the Matter of E. E. KIRBY, Petitioner.

January 13, 1890.  Writ granted.